UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KATHERINE ROLLINS                                           CIVIL ACTION

VERSUS                                                      NO.  10-2922

MICHAEL J. ASTRUE,                                          SECTION "S" (3)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is **GRANTED**, the Plaintiff's Motion for Summary Judgment is **DENIED** and that the plaintiff's complaint be and is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this   28th  day        June       , 2011.


                                                     _____
                                                        UNITED STATES DISTRICT JUDGE